1  Warrington S. Parker III (SBN 148003)
    wparker@crowell.com
2  Maria N. Sokova (SBN 323627)
    msokova@crowell.com
3  Kimberley Johnson (SBN 317757)
    kjohnson@crowell.com
4  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
5  San Francisco, CA 94111
   Telephone: 415.986.2800
6  Facsimile: 415.986.2827

7  Attorneys for Defendant
   Palantir Technologies Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN LYNCH, an individual, | Case No. 3:24-cv-01429-AMO |
| Plaintiff, | Hon. Araceli Martinez-Olguín<br>Courtroom 10 - 19th Floor |
| v. | **JOINT STIPULATION TO SUBMIT ALL CLAIMS TO BINDING ARBITRATION; STAY ACTION; [PROPOSED] ORDER** |
| PALANTIR TECHNOLOGIES INC., a Delaware Corporation; and DOES 1-25, inclusive, | |
| Defendants. | |

   Plaintiff Kathleen Lynch ("Plaintiff") and Defendant Palantir Technologies Inc. ("Defendant" or "Palantir", and collectively with Plaintiff, "Parties") by and through their undersigned counsel of record, hereby stipulate to stay the proceeding and to arbitrate their claims through Judicial Arbitration & Mediation Services, Inc. ("JAMS").

   **WHEREAS**, on January 22, 2021, the Parties executed an Arbitration Agreement requiring them to submit all claims arising out of Plaintiff's employment to binding arbitration under JAMS;

   **WHEREAS**, Plaintiff filed her Complaint in this action on February 1, 2024;

   **WHEREAS**, Plaintiff served Palantir with the Complaint on February 8, 2024;

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

JOINT STIPULATION AND [PROPOSED] ORDER TO
STAY AND ARBITRATE CLAIMS;
CASE NO. 3:24-CV-01429-AMO

1    **WHEREAS**, Palantir removed this action to this Court on March 8, 2024;

2    **WHEREAS**, Palantir filed its Motion to Compel Arbitration on March 13, 2024;

3    **WHEREAS**, the Parties have agreed to engage in Arbitration with JAMS pursuant to the Parties' Arbitration Agreement.

   **NOW THEREFORE**, in light of the foregoing, the Parties hereby **STIPULATE** and **AGREE** as follows:

1. The Plaintiff will submit any asserted claims in her Complaint against Palantir to mutual and binding arbitration under JAMS, consistent with the Parties' Arbitration Agreement.

2. In light of the above Stipulation, Plaintiff requests the Court stay this action. Palantir believes the action should be dismissed. The Supreme Court granted petition for certiorari in *Forrest v. Spizzirri*, 62 F.4th 1201, 1205 (9th Cir. 2023), *cert. granted*, *Smith v. Spizzirri*, No. 22-1218, 2024 WL 133822 (U.S. Jan. 12, 2024) regarding the appropriate remedy when all claims are properly arbitrated. Accordingly, as some courts have done, Defendant is agreeable to a stay pending the Supreme Court's decision in *Smith v. Spizzirri,* No. 22-1218, 2024 WL 133822 (U.S. Jan. 12, 2024). If the Supreme Court determines that dismissal is proper under the Federal Arbitration Act when all claims are arbitrable, Defendant reserves the right to seek dismissal from this Court.

Dated: March 27, 2024            CROWELL & MORING LLP

By: */s/ Warrington S. Parker III*
     Warrington S. Parker III

Attorney for Defendant
Palantir Technologies Inc.

| | | |
|---|---|---|
| 1 | Dated: March 27, 2024 | JACHIMOWICZ LAW GROUP |

By: */s/ Joshua R. Jachimowicz*
Joshua R. Jachimowicz

Attorney for Plaintiff
Kathleen Lynch

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Warrington S. Parker III*
Warrington S. Parker III

**[PROPOSED] ORDER**

Based on the foregoing stipulation, and good cause appearing therefore, the Court hereby **ORDERS** as follows:

1. Plaintiff shall submit claims asserted in the Complaint against Palantir to mutual and binding arbitration in JAMS;
2. This action is **STAYED,** pending decision in *Smith v. Spizzirri*, No. 22-1218, 2024 WL 133822 (U.S. Jan. 12, 2024), at which time, if the Supreme Court finds dismissal is proper under the FAA when all claims are arbitrable, Defendant may file a request for dismissal.

**IT IS SO ORDERED.**

Date: _____

Hon. Araceli Martinez-Olguín
United States District Court Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

JOINT STIPULATION AND [PROPOSED] ORDER TO
STAY AND ARBITRATE CLAIMS;
CASE NO. 3:24-CV-01429-AMO